*FILING FEE PAID*  (Yes) / No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Kim_____  JAD/TPA/(CMB)/GLT

Case Number: __19-24642__

FILED 2020 JAN 31 P 1:28 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

Date of Meeting: __1/27/20__  Recording # __14__
Debtor(s) present __✓__ or Not Present ____ ( __ No Payments Made or __ partial payments)
Attorney for debtor(s) __Burdelski__ (Present __✓__ or Not Present ____)
Date of Plan at § 341: __12/16/19__  Applicable commitment period ___ 3 yrs __✓__ 5 yrs

Warmbrodt for Toyota Motor Credit

Debtor's plan proposes to pay for a property he is not living in, for a commercial property he does not use, and a car he does not drive, all of which are used by his estranged spouse (who operates a hair salon in the commercial property & is contributing nothing) while also paying almost $2500 per month in alimony and child support to his wife, while proposing to pay less than 100% to unsecureds

____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD

____ Order to Show Cause Requested
____ To be rescheduled by Clerk

____ Confirmation Order recommended  ____ Final  ____ Interim
____ Amended Plan due:_____; Objections due:_____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
____ 341 Meeting  OR  ____ Conciliation Conf. OR  __✓__ *Contested Hearing
On __2/19/20__ at __11:00__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee