IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Christopher A. Kim<br>     Debtor<br><br>Toyota Motor Credit Corporation<br>     Movant<br><br>vs.<br><br>Christopher A. Kim<br>     Respondent | NO. 19-24642-CMB<br><br>CHAPTER 13<br><br><br><br>Related to Doc. No. 26, 40 |

## **STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant's claim is secured by a 2016 Toyota 4 Runner, VIN: JTEBU5JR3G5365160;

WHEREAS, on December 31, 2019, Movant filed a proof of claim asserting a secured claim in the amount of $31,955.23, with an annual interest rate of 6.250000%. (Claim 3-1);

WHEREAS, Debtor's Chapter 13 Plan dated December 16, 2019 proposes to pay $31,000.00 on Movant's secured claim with interest at the rate of 5.00%;

WHEREAS, Movant has filed an objection to Debtor's Chapter 13 Plan (Doc. 39);

WHEREAS, the parties have reached an agreement with regard to the treatment of Movant's secured claim under the Plan.

It is therefore Stipulated and agreed as follows:

1. Debtor shall pay the sum of $31,955.23 with interest at the rate of 5.80% on Movant's secured claim filed at Claim 3-1.

2.   Movant's objection to confirmation of the Debtor's Chapter 13 Plan is withdrawn.

Consented to by:

*/s/ Russell A. Burdelski, Esquire*  
Russell A. Burdelski, Esquire  
Attorney for Debtor  
1020 Perry Highway  
Pittsburgh, PA 15237  
Phone: 412-366-1711  
russ@burdelskilaw.com

*/s/ James C. Warmbrodt, Esquire*  
James C. Warmbrodt, Esquire  
KML Law Group, P.C.  
Attorney for Movant  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
Phone: 215-627-1322  
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

*[signature]*

Chief U.S. Bankruptcy Judge

FILED  
2/7/20 7:43 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA