IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Christopher A. Kim<br>　　　　　　Debtor<br><br>Toyota Motor Credit Corporation<br>　　　　　　Movant<br><br>vs.<br><br>Christopher A. Kim<br>　　　　　　Respondent | NO. 19-24642-CMB<br><br>CHAPTER 13<br><br><br><br>Related to Doc. No. 26, 40 |

## **STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant's claim is secured by a 2016 Toyota 4 Runner, VIN: JTEBU5JR3G5365160;

WHEREAS, on December 31, 2019, Movant filed a proof of claim asserting a secured claim in the amount of $31,955.23, with an annual interest rate of 6.250000%. (Claim 3-1);

WHEREAS, Debtor's Chapter 13 Plan dated December 16, 2019 proposes to pay $31,000.00 on Movant's secured claim with interest at the rate of 5.00%;

WHEREAS, Movant has filed an objection to Debtor's Chapter 13 Plan (Doc. 39);

WHEREAS, the parties have reached an agreement with regard to the treatment of Movant's secured claim under the Plan.

It is therefore Stipulated and agreed as follows:

1.　　Debtor shall pay the sum of $31,955.23 with interest at the rate of 5.80% on Movant's secured claim filed at Claim 3-1.

2. Movant's objection to confirmation of the Debtor's Chapter 13 Plan is withdrawn.

Consented to by:

| | |
|---|---|
| **/s/ Russell A. Burdelski, Esquire** | **/s/ James C. Warmbrodt, Esquire** |
| Russell A. Burdelski, Esquire | James C. Warmbrodt, Esquire |
| Attorney for Debtor | KML Law Group, P.C. |
| 1020 Perry Highway | Attorney for Movant |
| Pittsburgh, PA 15237 | 701 Market Street, Suite 5000 |
| Phone: 412-366-1711 | Philadelphia, PA 19106 |
| russ@burdelskilaw.com | Phone: 215-627-1322 |
| | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

*[signature]*

Chief U.S. Bankruptcy Judge

FILED
2/7/20 7:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-24642-CMB
CHRISTOPHER A. KIM                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1           Date Rcvd: Feb 07, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db             +CHRISTOPHER A. KIM,    2000 CREEKVIEW CIRCLE,   APT 2314,   CRANBERRY TWP, PA 16066-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
          James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jeffrey R.    Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L.    Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
          Karina    Velter    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J.    Winnecour    cmecf@chapter13trusteewdpa.com
          Russell A.    Burdelski    on behalf of Debtor CHRISTOPHER A. KIM atyrusb@choiceonemail.com
          Wade T.    Doerr    on behalf of Creditor    The Huntington National Bank wade@nwm-law.com
                                                                                             TOTAL: 8