# PROCEEDING MEMO

Date: 02/19/2020 11:00 am

In re:   CHRISTOPHER A. KIM

Bankruptcy No. 19-24642-CMB
Chapter: 13
Doc. # 26

Appearances:  Russell A. Burdelski, Esq.  ✓

Winnecour / Pail / Katz / DeSimone
Velten by phone  ✓

Nature of Proceeding: # 26 Contested Plan hearing re Chapter 13 Plan Dated 12/16/19

Additional Pleadings: #26 Chapter 13 Plan dated 12/16/2019
#37 Objection of PNC Bank to Confirmation
#39 Objection of Toyota Motor Credit to Confirmation
#40 Settlement and Certification of Counsel re Toyota Motor Credit
#41 Minutes of 341 meeting
#44 Order Approving Settlement / Stipulation (doc. # 40)
re Toyota Motor Credit

Judge's Notes:

— Amended Plan to be filed by March 25
Continuation to be held April 9 at 1:30

FILED
2/20/20 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24642-CMB
CHRISTOPHER A. KIM                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw              Page 1 of 1            Date Rcvd: Feb 20, 2020
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db             +CHRISTOPHER A. KIM,    2000 CREEKVIEW CIRCLE,    APT 2314,    CRANBERRY TWP, PA 16066-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
              Karina Velter    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor CHRISTOPHER A. KIM atyrusb@choiceonemail.com
              Wade T. Doerr    on behalf of Creditor    The Huntington National Bank wade@nwm-law.com
                                                                                             TOTAL: 8