ALLEGHENY COUNTY
C/O JORDAN TAX SERVICE
7100 BAPTIST ROAD
Bethel Park, PA 15102

ALLEGHENY COUNTY
C/O JOHN WEINSTEIN
436 GRANT STREET
ROOM 108, COURTHOUSE
Pittsburgh, PA 15219

ALLEGHENY COUNTY COURT OF COMMON PLEASE
FAMILY DIVISION
440 ROSS STREET
Pittsburgh, PA 15219

AMERICAN EXPRESS
PO BOX 981537
El Paso, TX 79998

AMERICAN EXPRESS
PO BOX 981573
El Paso, TX 79998

BEST BUY
c/o CBNA
PO BOX 6497
Sioux Falls, SD 57117

BOROUGH OF WEST VIEW
c/o RITA SCHWARZMEIER
457 PERRY HIGHWAY
Pittsburgh, PA 15229

Callie Kim
132 Oakwood Avenue
Pittsburgh, PA 15229

CAPITAL ONE AUTO FINANCE
7933 PRESTON ROAD
Plano, TX 75024

CENTER FOR REHAB SERVICES
PO BOX 536213
Pittsburgh, PA 15253

CHASE CARD
PO BOX 15369
Wilmington, DE 19850

CREDIT COLLECTION SERVICES
725 CANTON STREET
Norwood, MA 02062

DUQUESNE LIGHT COMPANY
C/O PETER J. ASHCROFT, ESQ.
707 GRANT STREET
STE 2200 GULF TOWER
Pittsburgh, PA 15219

EXPRESS SCRIPTS
PO BOX 747000
Cincinnati, OH 45274

GENESIS MEDICAL ASSOCIATES INC
8150 PERRY HIGHWAY STE 300
Pittsburgh, PA 15237

MARINER FINANCE
8211 TOWN CENTER DRIVE
Nottingham, MD 21236

MCCANDLESS TWP SANITARY AUTHORITY
418 ARCADIA DRVIE
Pittsburgh, PA 15237

MED CARE EQUIPMENT CO, LLC
PO BOX 1259
DPET #140418
Oaks, PA 19456

NORTH ALLEGHENY SCHOOL DISTRICT
9955 GRUBBS ROAD
Pittsburgh, PA 15237

NORTH HILLS SCHOOL DISTRICT
c/o RITA SCHWARTZMEIER, TAX COLLECTOR
457 PERRY HIGHWAY
Pittsburgh, PA 15229

NORTH HILLS SD TAX
C/O MICHAEL WITHERAL, ESQ
JORDON TAX SERVICE
102 RAHWAY ROAD
Pittsburgh, PA 15217

PEDIATRIC ALLIANCE
1100 WASHINGTON AVENUE
STE 215
Carnegie, PA 15106

PENN POWER
PO BOX 3687
Akron, OH 44309

PEOPLES NATURAL GAS
PO BOX 535323
Pittsburgh, PA 15253

PNC BANK
3232 NEMARK DRIVE
Miamisburg, OH 45342

RECEIVABLES OUTSOURCING, INC.
PO BOX 549
Lutherville Timonium, MD 21094

SYNCB/CARE CREDIT
PO BOX 965036
Orlando, FL 32896

TARGET CREDIT SERVICES
PO BOX 30171
Tampa, FL 33630

THE HUNTINGTON NATIONAL BANK
PO BOX 182232 NCIW32
Columbus, OH 43218-2232

TOWNSHIP OF MCCANDLESS
9955 GRUBBS ROAD
Wexford, PA 15090

TOYOTA FINANCIAL SERVICES
PO BOX 5855
Carol Stream, IL 60197-5855

TRANSWORLD SYSTEMS INC
5 PENN CENTER WEST
SUITE 100
Pittsburgh, PA 15279

VERIZON
PO BOX 15124
Albany, NY 12212