# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Christopher Kim | ) | |
| | ) | |
| Christopher Kim | ) | Case No. 19-24642-CMB |
| Debtor/Movant | ) | Hearing Date   4/15/20  @ 10:00am |
| | ) | responses due by 3/23/20 |
| v. | ) | Chapter 13 |
| Ronda Winnecour | ) | RAB-1 |
| Trustee/Respondent | ) | Filed under Local Bankr. |
| | ) | Rule 9013.4  6(a) |

## CERTIFICATE OF NO OBJECTION
## ON THE DEBTOR'S MOTION TO APPOINT SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 3/04/20 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than __3/23/20_.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Respectfully submitted,
Burdelski Law Offices

___/s/Russell A. Burdelski, Esquire_
R. Burdelski, Esquire
3/24/20                        Burdelski Law Offices
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366 – 1511
PA I.D. # 72688
atyrusb@choiceonemail.com