# PROCEEDING MEMO

**Date: 03/25/2020 10:00 am**

**In re:  CHRISTOPHER A. KIM**

                                      **Bankruptcy No. 19-24642-CMB**
                                      **Chapter: 13**
                                        **Doc. # 49**

**Appearances:  BY PHONE: Wade Doerr and Owen Katz**

**Nature of Proceeding: # 49 Motion for Adequate Protection**
                              **re 8313 Perry Hwy, Pittsburgh, PA**

**Additional Pleadings:  #50  Notice of Hearing**
                              **#57 Debtor's Response**

**Judge's Notes:**
 - Per Attorney Doerr, after discussions, believe this can be resolved by an interim confirmation order. Bank has not been paid in 17 mos.
 - Amended Plan filed and Trustee advised what changes are needed for confirmation.
 - Attorney Katz prepared to submit proposed order providing that claim will govern as to arrears with payments as long term continuing debt.
 - Attorney Katz to file proposed interim order by Monday. Attorney Katz will ask for Debtor's counsel's consent to form of that order.
 - Attorney Katz will call Chambers to advise when proposed order is filed.
 - Proposed order will also include a conciliation date of June 11 at 2:30pm.
 - Conciliation scheduled on April 9th will be cancelled by the order.
 - Motion continued to June 24th at 11am. Attorney Doerr directed to withdraw if this Motion is resolved by the conciliatoin.

                                                        **Carlota M. Böhm**
                                                        **Chief U.S. Bankruptcy Judge**

      FILED
      3/25/20 10:37 am
      CLERK
      U.S. BANKRUPTCY
      COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
CHRISTOPHER A. KIM  
      Debtor  

Case No. 19-24642-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Mar 25, 2020  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.  
db           +CHRISTOPHER A. KIM,   2000 CREEKVIEW CIRCLE,   APT 2314,   CRANBERRY TWP, PA 16066-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
        Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net  
        Karina Velter    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION amps@manleydeas.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Russell A. Burdelski    on behalf of Debtor CHRISTOPHER A. KIM atyrusb@choiceonemail.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
        Wade T. Doerr    on behalf of Creditor    The Huntington National Bank wade@nwm-law.com  
                                                                                         TOTAL: 9