IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH)

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER KIM,<br><br>Debtor<br>*********************************<br><br>THE HUNTINGTON NATIONAL BANK,<br><br>Movant,<br>v.<br><br>CHRISTOPHER KIM, and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE<br><br>Respondents. | CASE NO.: 19-24642-CMB<br><br>CHAPTER 13<br><br>JUDGE CARLOTA M. BOHM<br><br><br>Hearing Date: June 24, 2020 @11:00 AM |

**WITHDRAWAL OF MOTION TO COMPEL ADEQUATE PROTECTION PAYMENTS**
**8313 Perry Highway, Pittsburgh, PA; Parcel No. 611-C-261**

The Huntington National Bank ("Huntington" or the "Movant"), withdraws its Motion to Compel Adequate Protection Payments (Doc 49).

Respectfully submitted by:

**NIEKAMP, WEISENSELL, MUTERSBAUGH & MASTRANTONIO, LLP**

*/s/ Wade T. Doerr*
_____
Christopher J. Niekamp (308400)
Wade T. Doerr (200753)

The Nantucket Building, Third Floor
23 South Main Street, Akron, Ohio  44308-1822
Telephone: (330) 434-1000; Facsimile: (330) 434-1001
E-Mail: cjn@nwm-law.com; wade@nwm-law.com
*Counsel for Creditor, The Huntington National Bank*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing ***Withdrawal of The Huntington National Bank's Motion for Adequate Protection Payments*** was served by ECF Transmission, this 16th day of June 2020 upon the following:

Russell A. Burdelski, representing Debtor, atyrusb@choiceonemail.com
Office of the US Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

 */s/ Wade T. Doerr*
Wade T. Doerr (200753)
*Counsel for The Huntington National Bank*

2