# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** CHRISTOPHER A. KIM
- **Case Number:** 19-24642-CMB   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 11, 2020 02:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#58 - Amended Plan dated 2/29/2020 (N)
R / M #: 58 / 0

## Appearances:

Debtor: Burdelski
Trustee: (Winnecour) / Pail / Katz / DeSimone
Creditor:

## Proceedings:

Outcome: Confirmed / Final

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
6/19/20 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/2/2020   12:47:37PM