IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH)

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER KIM,<br><br>　　　　Debtor<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br><br>THE HUNTINGTON NATIONAL BANK,<br><br>　　　　Movant,<br>v.<br><br>CHRISTOPHER KIM,<br><br>　　　　Respondent. | CASE NO.: 19-24642-CMB<br><br>CHAPTER 13<br><br><br><br>JUDGE CARLOTA M. BOHM |

**AMENDED NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF THE HUNTINGTON NATIONAL BANK FOR RELIEF**
**FROM STAY PERTAINING TO:**
**8313 Perry Highway, Pittsburgh, PA; Parcel No. 611-C-261**

**TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020**

TO THE RESPONDENT(S):

　　You are hereby notified that the Movant seeks an order affecting your rights or property.

　　You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **October 12, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

　　You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on **Wednesday, October 28, 2020, at 10:30 a.m**. before Judge Carlota M. Bohm.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service: **September 29, 2020**         */s/ Wade T. Doerr*
                                                 Wade T. Doerr, PA.I.D. # 200753
                                                 23 S. Main Street, Third Floor,
                                                 Akron, Ohio 44308
                                                 (330) 434-1000
                                                 Attorney for Movant, The Huntington National Bank

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Telephonic Hearing and Response Deadline of The Huntington National Bank's Motion for Relief from the Automatic Stay* was served by ECF Transmission, this 29th day of September 2020 upon the following:

Russell A. Burdelski, representing Debtor, atyrusb@choiceonemail.com
Office of the US Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com


and by regular U.S. mail, postage prepaid, to:

Russell A. Burdelski
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

                                                  */s/ Wade T. Doerr*
                                                  Wade T. Doerr (200753)
                                                  *Counsel for The Huntington National Bank*