**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 19-24642-CMB** |
| **Christopher A. Kim** ) | |
| ) | |
| ) | **Chapter 13** |
| **Debtor** ) | **Document No.** _____ |
| ) | **Related to Document No. 73** |

## CONSENT ORDER MODIFYING JUNE 19, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated June 19, 2020 it is

ORDERED that Part "1.G." be amended to add the following: Pennsylvania Department of Revenue (Claim No. 6) shall govern as to amount, classification, and rate of interest. It is further

ORDERED that Part "1.H." be amended to add the following: PNC Bank NA (Claim No. 17) shall be paid as a long term continuing debt.

The June 19, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlotta M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/Russell A. Burdelski
Russell A. Burdelski, Esquire
Attorney for debtor(s)
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109
412-366-1511
atyrusb@choiceonemail.com