PROCEEDING MEMO

**Date: 10/28/2020 10:30 am**

**In re:   CHRISTOPHER A. KIM**

**Bankruptcy No. 19-24642-CMB**
**Chapter: 13**
**Doc. # 89**

**Telephonic Appearances:**   Wade Doerr, Esq.
Russell Burdelski, Esq.
Owen Katz, Esq.

**Nature of Proceeding: #89 Motion for Relief from Stay**
re  8313 Perry Highway, Pittsburgh, PA

**Additional Pleadings: #94 Notice of Hearing**
#95 Notice of Hearing

**Judge's Notes:**
- Doerr: Second bankruptcy. Rental property. Not residence or place of business.
- Burdelski: Amended plan filed 10/23. Addresses the arrears and this claim. Default occurred due to COVID. Just made payments and able to lower payments by extending plan. Willing to agree to drop dead order.
- Doerr: Agrees to drop-dead order.
- Katz: Not sure that there was a final confirmation order entered in time to permit a CARES Act extension. Can address that at conciliation but suggest Attorney Burdelski look into that.
- Burdelski: Thought Debtor did have final confirmation order but will look into it.
OUTCOME:  Doerr to file drop dead-order in one week.

FILED
10/28/20 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**