# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: CHRISTOPHER A. KIM
- Case Number: 19-24642-CMB         Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 17, 2020 09:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#98 Amended Plan dated 10/28/2020 (FC)
R / M #: 98 / 0

**Appearances:**

- Debtor: Burdelski
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor:

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___
7. ___ Plan/Motion continued to ___ at ___
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **2-12-21**.
   Objections are due on or before **2-26-21**.
   A hearing on the Amended Plan is set for **3-11-21** at **10:30**.
9. ___ Contested Hearing ___ at ___
10. ✓ Other:

need amended plan. Debtor not eligible for CARES Act extension under Roebuck.

FILED
12/18/20 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

12/8/2020  11:14:39AM