IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> CHRISTOPHER A. KIM, <br>       Debtor, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br>       Movant, <br><br>    v. <br><br> CHRISTOPHER A. KIM, and <br> RONDA J. WINNECOUR, Trustee, <br>       Respondents. | Bankruptcy No. 19-24642-CMB <br><br> Chapter 13 <br><br> Doc. No. |

## NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE ON MOTION OF TOYOTA MOTOR CREDIT CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

      You are hereby notified that the above Movant seeks an order affecting your rights or property.

      You are further notified to file with the **Thursday, February 11, 2021**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a response, the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed of if the hearing will go forward as scheduled.

      You should take this Notice and the Motion to your lawyer at once.

*A Zoom Video Conference Hearing* will be held on **Monday, March 1, 2020, at 10:00 a.m.** before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/1602130488, or alternatively, you may use the following: Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers, at 412-644-4328.

***All attorneys and Parties may only appear by Zoom*** and must comply with Judge Bohm's ***Zoom Procedures*** at http://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf

Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Dated: January 25, 2021                                    Respectfully submitted,

                                                                            BERNSTEIN-BURKLEY, P.C.

                                                                            By: /s/*Keri P. Ebeck*
                                                                            Keri P. Ebeck, Esq.
                                                                            PA I.D. # 91298
                                                                            kebeck@bernsteinlaw.com
                                                                            Suite 2200, Gulf Tower
                                                                            Pittsburgh, PA 15219
                                                                            Phone - (412) 456-8112
                                                                            Fax - (412) 456-8135

                                                                            Counsel for Toyota Motor Credit Corporation