**PROCEEDING MEMO**

**Date: 03/01/2021 10:00 am**

**In re:    CHRISTOPHER A. KIM**

Bankruptcy No. 19-24642-CMB
Chapter: 13
Doc. # 107

**Appearances via Zoom:**  Keri Ebeck, Russel Burdelski, James Warmbrodt

**Nature of Proceeding:** #107 Motion for Relief from Stay

**Additional Pleadings:**  #112 Amended Notice of Hearing
#110 Certificate of Service
#116 Debtor's Response

**Judge's Notes:**
-Ebeck: Parties have come to a resolution and are working out the terms. Can file stipulation within the next 14 days.
OUTCOME: Attorney Ebeck to file stipulation on or before 3/15.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
3/1/21 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA