IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CHRISTOPHER A. KIM,<br>      Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>      Movant,<br><br>      v.<br><br>CHRISTOPHER A. KIM, and<br>RONDA J. WINNECOUR, Trustee,<br>      Respondents. | Bankruptcy No. 19-24642-CMB<br><br>Chapter 13<br><br>Doc. No. 107, 116 |

## **STIPULATED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

NOW this \_\_10th\_\_ day of \_\_March\_\_, 2021, in said District, upon agreement of the parties:

This Court FINDS that Toyota Motion Credit Corporation, Movant herein, is a creditor of the property by virtue of a certain Retail Installment Contract on Debtor's 2016 Toyota 4Runner, VIN# JTEBU5JR3G5365160. For failure to make monthly plan payments to the Chapter 13 Trustee, Movant filed a Motion for Relief from the Automatic Stay on January 25, 2021.

In an effort to resolve the pending Motion for Relief and response thereto at Document Nos. 107 and 116, the parties agree to stipulate to the entry of the below.

IT IS ORDERED, ADJUDGED AND DECREED that Movant be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its Collateral referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every plan payment in a timely and complete manner beginning with the April 2021 full plan payment stated in the Debtor's most recent filed plan. Should the Debtor default in any plan payment, the Debtor shall have a one-time opportunity to cure the default. The Debtor shall have sixty (60) days to bring the plan payments current. If the plan payments are not cured in full, upon Affidavit of creditor's counsel or the Trustee this Order shall be immediately effective without further Order of the Court and Toyota Motion Credit Corporation shall have relief from the automatic stay. Any Affidavit of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made directly to Toyota Motion Credit Corporation and that counsel has reviewed the Trustee's internet site and that a default is evident according to the Trustee's records. Additionally a copy of the Trustee's report showing the default must be attached to the Affidavit.

FILED
3/10/21 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Honorable Carlota M. Bohm
U.S. Bankruptcy Chief Court Judge

/s/ Keri P. Ebeck
Attorney for Toyota Motor Credit Corp.
Keri P. Ebeck, Esquire
PA I.D. #91298
Bernstein-Burkley, P.C.
707 Seventh Avenue, Suite 2200
Pittsburgh, PA  15219
412-456-8112
kebeck@bernsteinlaw.com

/s/ Russell A. Burdelski
Attorney for Debtor
Russell A. Burdelski, Esq.
PA I.D. # 76288
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109
412-366-1511
Russ@BurdelskiLaw.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24642-CMB |
| CHRISTOPHER A. KIM | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Mar 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

**Recip ID**        **Recipient Name and Address**
db                #+ CHRISTOPHER A. KIM, 2000 CREEKVIEW CIRCLE, APT 2314, CRANBERRY TWP, PA 16066-1128

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2021            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:

**Name**                            **Email Address**

Brian Nicholas
                        on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                        on behalf of Creditor County of Allegheny jhunt@grblaw.com   cnoroski@grblaw.com

Jennifer L. Cerce
                        on behalf of Creditor North Allegheny School District jlc@mbm-law.net

Keri P. Ebeck
                        on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: Mar 10, 2021 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
    on behalf of Debtor CHRISTOPHER A. KIM Russ@BurdelskiLaw.com russ.burdelski@gmail.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Wade T. Doerr
    on behalf of Creditor The Huntington National Bank wdoerr@bdblaw.com


TOTAL: 10