IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 19-24642-CMB |
| Christopher Kim,<br>　　　Debtor(s). | Chapter 13 |
| | Related to Doc. No. 139 and 141 |
| Christopher Kim,<br>　　　Movant(s), | |
| vs. | |
| Ronda Winnecour,<br>　　　Respondent(s). | |

## CONSENT ORDER OF COURT

AND NOW, THIS _____ day of _____, 20_____, upon consideration of the MOTION TO AUTHORIZE SETTLEMENT at Doc 139, and the response thereto at Doc 141, and upon the consent of the parties, it is hereby ORDERED that the Settlement in the amount of $60,000 is approved subject to the following terms and conditions:

(1) Special counsel fees of 40% shall be directly paid out of the gross settlement to David Ainsman of Ainsman Levine of $24,000 along with $1524.40 in cost reimbursement.

(2) Debtor shall be directly paid his claimed and allowed exemption of $25,150 by Special Counsel out of the gross settlement.

(3) Trustee shall be directly paid the remaining $9,325.60 (the "Non-Exempt Portion") by Special Counsel out of the gross proceeds by check made payable to "Ronda J. Winnecour," and mailed to P.O. Box 2587, Pittsburgh PA 15230, along with a copy of this Order.

(4) Notwithstanding any other language in the Plan, confirmation order, or the Settlement Motion, the $9,325.60 Non-Exempt Portion of the settlement, after deduction of Trustee fees, shall be earmarked for payment to general

      non-priority prepetition unsecured creditors.

(5)    In accordance with the provisions of §349, Trustee shall distribute the Non-Exempt Portion in accordance with this Order notwithstanding a subsequent dismissal of the case.

                                                                              U. S. Bankruptcy Judge

Consented to:

/s/ Russell A. Burdelski
Russell A. Burdelski, Esquire
BURDELSKI LAW OFFICES
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366– 1511
Russ@BurdelskiLaw.com
Attorney for Debtor

By: /s/ Owen W. Katz
Owen W. Katz,
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee