IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 19-24642-CMB |
| Christopher Kim,<br>    Debtor(s). | Chapter 13 |
| | Related to Doc. No. 139 and 141 & 142 |
| Christopher Kim,<br>    Movant(s), | |
| vs. | |
| Ronda Winnecour,<br>    Respondent(s). | |

**CONSENT ORDER OF COURT**

AND NOW, THIS __29th__ day of __August__, 20__21__, upon consideration of the MOTION TO AUTHORIZE SETTLEMENT at Doc 139, and the response thereto at Doc 141, and upon the consent of the parties, it is hereby ORDERED that the Settlement in the amount of $60,000 is approved subject to the following terms and conditions:

(1) Special counsel fees of 40% shall be directly paid out of the gross settlement to David Ainsman of Ainsman Levine of $24,000 along with $1524.40 in cost reimbursement.

(2) Debtor shall be directly paid his claimed and allowed exemption of $25,150 by Special Counsel out of the gross settlement.

(3) Trustee shall be directly paid the remaining $9,325.60 (the "Non-Exempt Portion") by Special Counsel out of the gross proceeds by check made payable to "Ronda J. Winnecour," and mailed to P.O. Box 2587, Pittsburgh PA 15230, along with a copy of this Order.

(4) Notwithstanding any other language in the Plan, confirmation order, or the Settlement Motion, the $9,325.60 Non-Exempt Portion of the settlement, after deduction of Trustee fees, shall be earmarked for payment to general

non-priority prepetition unsecured creditors.

(5)   In accordance with the provisions of §349, Trustee shall distribute the Non-Exempt Portion in accordance with this Order notwithstanding a subsequent dismissal of the case.

*[signature: Carlota M. Böhm]* dmk
U. S. Bankruptcy Judge

FILED
8/29/22 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Consented to:**

/s/ Russell A. Burdelski
Russell A. Burdelski, Esquire
BURDELSKI LAW OFFICES
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366–1511
Russ@BurdelskiLaw.com
**Attorney for Debtor**

By: /s/ Owen W. Katz
Owen W. Katz,
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

Page **2** of **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24642-CMB |
| CHRISTOPHER A. KIM | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ CHRISTOPHER A. KIM, 2000 CREEKVIEW CIRCLE, APT 2314, CRANBERRY TWP, PA 16066-1128 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor North Allegheny School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Aug 29, 2022　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
    on behalf of Debtor CHRISTOPHER A. KIM Russ@BurdelskiLaw.com russ.burdelski@gmail.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Wade T. Doerr
    on behalf of Creditor The Huntington National Bank wdoerr@bdblaw.com


TOTAL: 10