UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **CHRISTOPHER KIM** | ) | Case No. 19-24642-CMB |
| | ) | Chapter 13 |
| Debtor, | ) | Filed Under Local Rule |
| _____ | ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire | ) | RAB-1 |
| Applicant | ) | Hearing Date _11/08/22@_10:00am |
| | ) | |
| | ) | Response Due 10/17/22 |
| No Respondent | ) | |
| | | re doc. 149 |

# ENTERED BY DEFAULT

### ORDER OF COURT

AND NOW, to wit, this ___18th___ day of _____October_____, 20 __22__

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved in the amount of $1,250.00__, which represents $1,215.00_ in attorney's fees & Admin fees and $_35.00__ in costs for the time period of __8/09/22___ to _9/29/22____. Debtor's counsel has already been approved to be paid $6,774.00 to date (*i.e. $1,000.00 retainer and $3,000.00 through the plan and by Order dated 7/02/20 fees of $2,704.00 and costs and by Order dated 3/30/21 fees of $1915 and costs of $45.00*), and the balance of $1,250.00_ remains and shall be paid by the Chapter 13 Trustee to the extent provided for in the confirmed Chapter 13 plan. Thus, the grand total of all fees and costs approved thus far as follows: $1,000.00 retainer + $3,000.00 thru plan + $2,774.00 + $1,960.00 + $1,250.00= $9,984.00.

FILED
10/18/22 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*
dmk
_____
United States Bankruptcy Judge

Russ@BurdelskiLaw.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
CHRISTOPHER A. KIM  
    Debtor

Case No. 19-24642-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Oct 18, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ CHRISTOPHER A. KIM, 2000 CREEKVIEW CIRCLE, APT 2314, CRANBERRY TWP, PA 16066-1128 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor North Allegheny School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
    on behalf of Debtor CHRISTOPHER A. KIM Russ@BurdelskiLaw.com russ.burdelski@gmail.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Wade T. Doerr
    on behalf of Creditor The Huntington National Bank wdoerr@bdblaw.com

TOTAL: 10