**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/27/2022

IN RE:

| | |
|---|---|
| CHRISTOPHER A. KIM<br>C/O RUSSELL A BURDELSKI ESQ<br>LAW OFFICES OF RUSSELL A BURDELSKI<br>1020 PERRY HIGHWAY<br>PITTSBURGH, PA 15237<br>XXX-XX-9273    Debtor(s) | Case No.19-24642 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%,

the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/27/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CARE CREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 8060 |
| **CHRISTOPHER NIEKAMP ESQ**<br>BERNLOHR ET AL<br>23 SOUTH MAIN ST 3RD FL<br>AKRON, OH  44308-1822 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HUNTINGTON NATL BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CAP 1 AUTO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br>COLUMBUS, OH  43216-5028 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MAIELLO BRUNGO & MAEILLO LLP**<br>FOXPOINTE II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  N ALLEGHENY SD/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:6   INT %: 12.00%<br>Court Claim Number:16<br>CLAIM:  551.99<br>COMMENT:  280L38*CL16GOV*NT PROV/PL*19/SCH-CL*WNTS 12%*W/50 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 0L38 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:7   INT %: 12.00%<br>Court Claim Number:16<br>CLAIM:  1,488.86<br>COMMENT:  611C261*CL16GOV*$@%/CL-PL*18-19/SCH-PL-CL*WNTS 12%*W/49 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: C261 |
| **WEST VIEW BOROUGH - R/E TAX**<br>CURRENT YEAR TAX OFFICE<br>457 PERRY HWY<br>PITTSBURGH, PA  15229 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  16-19/SCH-PL*RMVD/PAP | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 1212 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number:9   INT %: 2.90%<br>Court Claim Number:7<br>CLAIM:  15,722.84<br>COMMENT:  CL7GOV*$CL-PL@5%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 0233 |
| **MCCANDLESS TWP SANITARY AUTH**<br>418 W ARCADIA DR<br>PITTSBURGH, PA  15237 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  425/ORIG PL*19~SWG/SCH-PL*RMVD/AMD PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 2204 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **NORTH ALLEGHENY SD (MCCANDLESS) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DL<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:11  INT %: 10.00%<br>Court Claim Number:9<br>CLAIM: 6,212.24<br>COMMENT: 611C261*$@10%/CL-PL*17-19/SCH*17-18/CL*WNTS 10%*W/40 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C261 |
| **NORTH HILLS SD (WEST VIEW) (RE)**<br>C/O JORDAN TAX SVC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 15-19/SCH-PL*RMVD/PAP | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*871.42 X (60+2)=LMT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7375 |
| **THE HUNTINGTON NATIONAL BANK****<br>ATTN FINANCIAL RECOVERY OFFICER 2<br>7 EASTON OVAL<br>EA4W67<br>COLUMBUS, OH 43219 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:1-2<br>CLAIM: 0.00<br>COMMENT: RS/OE~STAYED*PMT/PL*1189X(60+2)=LMT*PMT NT STD/CL*JUDGMENT*AMD*W/41 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2192 |
| **TOWNSHIP OF MCCANDLESS-R/E TX**<br>C/O DELINQ TAX COLLECTOR<br>9955 GRUBBS RD<br>WEXFORD, PA 15090 | Trustee Claim Number:15  INT %: 10.00%<br>Court Claim Number:19<br>CLAIM: 463.34<br>COMMENT: CL19GOV*210.61@10%/PL~18*611-C-261*WNTS 10% 2018-19*GU BAR OK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C261 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number:16  INT %: 5.80%<br>Court Claim Number:3<br>CLAIM: 31,955.23<br>COMMENT: RS/OE~STAYED*$@5.8%/STIP OE-PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4114 |
| **COURT OF COMMON PLEAS - ALLEGHENY COU**<br>FIFTH JUDICIAL DISTRICT OF PA<br>440 ROSS ST 5TH FL ADMIN WING<br>PITTSBURGH, PA 15219-2117 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT PROV/PL*ND DSO INFO/SCH | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: 7401 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 2,076.98<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1009 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 6,293.32<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1009 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 4,219.72<br>COMMENT: X0732/SCH*BEST BUY*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9992 |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **CENTERS FOR REHAB SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 360.00<br>COMMENT: X7865/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9273 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 11,852.73<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1626 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA 02062 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8662 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5814 |
| **EXPRESS SCRIPTS**<br>POB 66581<br><br>SAINT LOUIS, MO 63166-6581 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0922 |
| **GENESIS MEDICAL ASSOCIATES**<br>8150 PERRY HWY STE 300<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0599 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MEDCARE EQUIPMENT COMPANY**<br>PO BOX 5029<br><br>GREENSBURG, PA 15601 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0332 |
| **PEDIATRIC ALLIANCE++**<br>9104 BABCOCK BLVD STE 2111<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8250 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5248 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br><br> PITTSBURGH, PA  15212 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0696 |
| **ROI/RECEIVABLES OUTSOURCING INC** <br> PO BOX 549 <br><br> TIMONIUM, MD  21094 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8236 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41031 <br><br> NORFOLK, VA  23541 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 152.17 <br> COMMENT: CARE CREDIT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8060 |
| **TARGET** <br> PO BOX 660170 <br><br> DALLAS, TX  75266 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3108 |
| **TRANSWORLD SYSTEMS INC** <br> 500 VIRGINIA DR STE 514 <br><br> FORT WASHINGTON, PA  19034-2707 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6659 |
| **VERIZON++** <br> 500 TECHNOLOGY DR STE 30 <br><br> WELDON SPRING, MO  63304 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0153 |
| **WEST PENN POWER*** <br> ATTN BANKRUPTCY <br> 5001 NASA BLVD <br><br> FAIRMONT, WV  26554 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 365.94 <br> COMMENT: X4521/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1724 |
| **THE HAVEN AT CRANBERRY WOODS** <br> 2000 CREEKVIEW CL <br><br> CRANBERRY TWP, PA  16066 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /SCH G | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **CALLIE C KIM** <br> 8313 PERRY HIGHWAY <br><br> PITTSBURGH, PA  15237 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /SCH H | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **NORTH ALLEGHENY SD (MCCANDLESS) (RE)** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION)–DL <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA  15235 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 1,695.40 <br> COMMENT: 611C261*$/CL-PL*17-19/SCH*17-18/CL*NON INT*W/11 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: C261 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **THE HUNTINGTON NATIONAL BANK\*\***<br>ATTN FINANCIAL RECOVERY OFFICER 2<br>7 EASTON OVAL<br>EA4W67<br>COLUMBUS, OH  43219 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:1-2<br>CLAIM:  56,693.66<br>COMMENT:  NO GEN UNS/SCH\*AMD\*W/14,42\*ADR/ATTY\*ND AMDMNT~DFCTV | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2192 |
| **THE HUNTINGTON NATIONAL BANK\*\***<br>ATTN FINANCIAL RECOVERY OFFICER 2<br>7 EASTON OVAL<br>EA4W67<br>COLUMBUS, OH  43219 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:1-2<br>CLAIM:  17,501.20<br>COMMENT:  $/CL-PL\*ARREARS\*AMD\*W/14,41\*ADR/ATTY | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  2192 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:43  INT %:  5.00%<br>Court Claim Number:6<br>CLAIM:  6,681.34<br>COMMENT:  CL6GOV\*$/CL-PL@6%/PL\*STAT ISSUE\*NT/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  9273 |
| **COMCAST**<br>PO BOX 1931<br>BURLINGAME, CA  94011 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  311.11<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7794 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  TOYOTA/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  17,326.91<br>COMMENT:  $/CL-PL | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  7375 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  205.00<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9273 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  274.44<br>COMMENT:  NT/SCH\*CHCKNG OVRDRFT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2054 |
| **COUNTY OF ALLEGHENY (RE TAX)\***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  112.84<br>COMMENT:  611C261\*CL16GOV\*$@%/CL-PL\*18-19/SCH-PL-CL\*NON INT\*W/7 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  C261 |
| **COUNTY OF ALLEGHENY (RE TAX)\***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  77.28<br>COMMENT:  280L38\*CL16GOV\*NT PROV/PL\*19/SCH-CL\*NON INT\*W/6 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0L38 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:51 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 0.00<br>COMMENT: PMT/PL*61.40X60+2=LMT*ACCT NT/SCH | CRED DESC: MORTGAGE REGULAR PAYMEN[T]<br>ACCOUNT NO.: 2261 |
| **NIEKAMP WEISENSELL ET AL LLP**<br>23 S MAIN ST THIRD FL<br><br>AKRON, OH 44308 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HUNTINGTON | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:53 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ADDED CREDITOR FOR CALCULATION**<br>OR NOT ENOUGH INFO/SCHED FOR<br>ENTITY NAME OR NOT ENOUGH INFO<br>PER CLM FOR ADDRESS OR PLACEHOLDER<br>RECORD | Trustee Claim Number:54 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TOWNSHIP OF MCCANDLESS-R/E TX**<br>C/O DELINQ TAX COLLECTOR<br>9955 GRUBBS RD<br><br>WEXFORD, PA 15090 | Trustee Claim Number:55 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CREATED IN ERROR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:56 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 18,295.88<br>COMMENT: $/CL-PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2261 |
| **TOWNSHIP OF MCCANDLESS-R/E TX**<br>C/O DELINQ TAX COLLECTOR<br>9955 GRUBBS RD<br><br>WEXFORD, PA 15090 | Trustee Claim Number:57 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 611-C-261*SEE POC 19~GOVS | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C261 |