IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Christopher Kim                              )    Case No. 19-24642-CMB
                                             )
        Debtor(s),                           )
---------------------------------------------)
Christopher Kim                              )    Chapter 13
                                             )    Filed under local Bankr.
                                             )    Rule 3012

## AFFIDAVIT OF SOURCE OF LUMP SUM PAYMENT

AND NOW, comes Christopher Kim of 132 Oakwood Avenue, Pittsburgh, PA 15229 who avers the following to this Honorable Court,

THAT, a lump sum payment of $28,000.00 was made on behalf of the debtor, Christopher Kim to the trustee's lockbox from a withdraw from the debtor's Father's Bank Account with NO REPAYMENT terms. The reason the debtor's father made this payment is because he is jointly liable on the commercial real estate mortgage and if his son's case fails then it is going to be harmful to the debtor's father's interests. This statement I/WE swear under penalty of perjury is a true and correct statement to the best of my knowledge, information, and belief.

_5/10/23_ DATE

_____
Christopher Kim, Debtor

Sworn and subscribe before me this __10th__ day of __May__ 20 _23_

_____
Notary Public

My commission expires _2_/_28_/_2027_

Commonwealth of Pennsylvania - Notary Seal
AARON AMATANGELO - Notary Public
Erie County
My Commission Expires February 28, 2027
Commission Number 1432046