IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Kim ) | |
| ) | |
| Christopher Kim ) | Case No. 19-24642-CMB |
| Debtor/Movant ) | Hearing Date  8/02/23  @ 10:00AM |
| ) | responses due by 7/21/23 |
| v. ) | |
| Ronda Winnecour ) | RAB-1 |
| Trustee/Respondent ) | Filed under Local Bankr. |
| ) | Rule 9013.4  6(a) |

**CERTIFICATE OF NO OBJECTION
ON THE DEBTOR'S WITHDRAW CERTIFICATION OF COUNSEL IN RE
PROPOSED CONFIRMATION ORDER**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 7/07/23 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon. Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than __7/21/23_.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                              Respectfully submitted,
                                              Burdelski Law Offices

                                              ___/s/Russell A. Burdelski, Esquire_
                                              Burdelski, Esquire
DATE 7/25/23                            .          Burdelski Law Offices
                                              1020 Perry Highway
                                              Pittsburgh, PA 15237
                                              (412) 366 – 1511
                                              Russ@BurdelskiLaw.com