Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **CHRISTOPHER A. KIM** | : | Case No. 19−24642−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

     *AND NOW,* this **The 6th of May, 2024,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

                                              Carlota M. Böhm, Judge
                                              United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
CHRISTOPHER A. KIM  
    Debtor

Case No. 19-24642-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 06, 2024      Form ID: 309      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CHRISTOPHER A. KIM, 2000 CREEKVIEW CIRCLE, APT 2314, CRANBERRY TWP, PA 16066-1128 |
| aty | + | David A. Levin, 555 11th Avenue, New Brighton, PA 15066-1442 |
| cr | + | The Huntington National Bank, c/o Christopher J. Niekamp, Esquire, 23 S. Main Street, Third Floor, Akron, OH 44308-1818 |
| 15174373 | + | ALLEGHENY COUNTY, C/O JORDAN TAX SERVICE, PO BOX 200, Bethel Park, PA 15102-0200 |
| 15174372 | + | ALLEGHENY COUNTY, C/O JOHN WEINSTEIN, 436 GRANT STREET, ROOM 108, COURTHOUSE, Pittsburgh, PA 15219-2497 |
| 15174374 | + | ALLEGHENY COUNTY COURT OF COMMON PLEAS, FAMILY DIVISION, 440 ROSS STREET, Pittsburgh, PA 15219-2413 |
| 15174377 | + | BOROUGH OF WEST VIEW, c/o RITA SCHWARZMEIER, 457 PERRY HIGHWAY, Pittsburgh, PA 15229-1818 |
| 15174378 | + | CALLIE CHRISTINE KIM, 8313 PERRY HIGHWAY, Pittsburgh, PA 15237-5217 |
| 15174379 | + | CALLIE CHRISTINE KIM, 132 OAKWOOD AVENUE, Pittsburgh, PA 15229-2030 |
| 15174381 | + | CENTERS FOR REHAB SERVICES, PO BOX 536213, Pittsburgh, PA 15253-5904 |
| 15625269 | + | Christopher J. Niekamp, 3800 Embassy Parkway, Suite 300, Akron, OH 44333-8398 |
| 15174386 | + | GENESIS MEDICAL ASSOCIATES INC, 8150 PERRY HIGHWAY STE 300, Pittsburgh, PA 15237-5232 |
| 15174388 | + | MCCANDLESS TWP SANITARY AUTHORITY, 418 ARCADIA DRVIE, Pittsburgh, PA 15237-5597 |
| 15174389 | + | MEDCARE EQUIPMENT COMPANY, LLC, PO BOX 1259 DEPT #140418, Oaks, PA 19456-1259 |
| 15174390 | | NORTH ALLEGHENY SCHOOL DISTRICT, 9955 GRUBBS ROAD, Pittsburgh, PA 15237 |
| 15174391 | + | NORTH HILLS SCHOOL DISTRICT, c/o RITA SCHWARTZMEIER, TAX COLLECTOR, 457 PERRY HIGHWAY, Pittsburgh, PA 15229-1818 |
| 15165199 | | NORTH HILLS SD TAX, C/O MICHAEL WITHERAL, ESQ, JORDON TAX SERVICE, 102 RAHWAY ROAD, Pittsburgh, PA 15217 |
| 15180909 | + | North Allegheny School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15174393 | + | PEDIATRIC ALLIANCE, 1100 WASHINGTON AVENUE, STE 215, Carnegie, PA 15106-3616 |
| 15174394 | + | PEOPLES NATURAL GAS, PO BOX 535323, Pittsburgh, PA 15253-5323 |
| 15174398 | + | TARGET CARD SERVICES, PO BOX 30171, Tampa, FL 33630-3171 |
| 15174400 | + | TOWN OF MCCANDLESS, 9955 GRUBBS ROAD, Wexford, PA 15090-9645 |
| 15170766 | + | The Huntington National Bank, c/o Christopher J. Niekamp, 23 S. Main Street, Third Floor, Akron, OH 44308-1818 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 07 2024 03:19:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 06 2024 23:16:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | EDI: PRA.COM | May 07 2024 03:19:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 06 2024 23:16:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | EDI: AIS.COM | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 07 2024 03:18:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15174375 | + | Email/PDF: bncnotices@becket-lee.com | May 06 2024 23:29:30 | AMERICAN EXPRESS, PO BOX 981537, El Paso, TX 79998-1537 |
| 15187783 | | Email/PDF: bncnotices@becket-lee.com | May 06 2024 23:29:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15174376 | + | EDI: CITICORP | May 07 2024 03:19:00 | BEST BUY/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 15174380 | + | EDI: CAPONEAUTO.COM | May 07 2024 03:19:00 | CAPITAL ONE AUTO FINANCE, 7933 PRESTON ROAD, Plano, TX 75024-2302 |
| 15177826 | + | EDI: COMCASTCBLCENT | May 07 2024 03:19:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15174383 | + | EDI: CCS.COM | May 07 2024 03:19:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, Norwood, MA 02062-2679 |
| 15179554 | + | EDI: AISACG.COM | May 07 2024 03:19:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15189770 | | Email/Text: BNCnotices@dcmservices.com | May 06 2024 23:16:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15195331 | + | Email/Text: ebnjts@grblaw.com | May 06 2024 23:16:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15174384 | + | Email/Text: kburkley@bernsteinlaw.com | May 06 2024 23:16:00 | DUQUESNE LIGHT COMPANY, C/O PETER J. ASHCROFT, ESQ., 707 GRANT STREET, STE 2200 GULF TOWER, Pittsburgh, PA 15219-1908 |
| 15174382 | | EDI: JPMORGANCHASE | May 07 2024 03:19:00 | CHASE CARD, PO BOX 15369, Wilmington, DE 19850 |
| 15173468 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 06 2024 23:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15174387 | + | Email/Text: bankruptcy@marinerfinance.com | May 06 2024 23:16:00 | MARINER FINANCE, 8211 TOWN CENTER DRIVE, Nottingham, MD 21236-5904 |
| 15174395 | | Email/Text: Bankruptcy.Notices@pnc.com | May 06 2024 23:16:00 | PNC BANK, 3232 NEMARK DRIVE, Miamisburg, OH 45342 |
| 15196492 | | Email/Text: Bankruptcy.Notices@pnc.com | May 06 2024 23:16:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15180173 | | EDI: PRA.COM | May 07 2024 03:19:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15178088 | + | Email/Text: bankruptcy@firstenergycorp.com | May 06 2024 23:16:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15178133 | | EDI: PENNDEPTREV | May 07 2024 03:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15178133 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2024 23:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15174396 | + | Email/Text: cognizantrcminfo@cognizant.com | May 06 2024 23:16:00 | RECEIVABLES OUTSOURCING, INC., PO BOX 549, Lutherville Timonium, MD 21094-0549 |
| 15174397 | + | EDI: SYNC | May 07 2024 03:19:00 | SYNCB/CARE CREDIT, PO BOX 965036, Orlando, FL 32896-5036 |
| 15165324 | + | EDI: AIS.COM | May 07 2024 03:18:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15174399 | | Email/Text: bankruptcy@huntington.com | | |

Case 19-24642-CMB    Doc 194    Filed 05/08/24    Entered 05/09/24 00:26:01    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 06, 2024 | Form ID: 309 | Total Noticed: 57 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 06 2024 23:16:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 182232 NCIW32, Columbus, OH 43218-2232 |
| 15174401 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 06 2024 23:16:00 | TOYOTA FINANCIAL SERVICES, PO BOX 5855, Carol Stream, IL 60197-5855 |
| 15174402 | ^ | MEBN | May 06 2024 23:15:40 | TRANSWORLD SYSTEMS INC, 300 CEDAR RIDGE DR, Pittsburgh, PA 15205-1159 |
| 15193418 | + | Email/Text: bankruptcy@huntington.com | May 06 2024 23:16:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15177249 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 06 2024 23:16:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15189659 | | Email/Text: BNCnotices@dcmservices.com | May 06 2024 23:16:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15174403 | + | EDI: VERIZONCOMB.COM | May 07 2024 03:18:00 | VERIZON, PO BOX 15124, Albany, NY 12212-5124 |
| 15174404 | | Email/Text: bankruptcy@firstenergycorp.com | May 06 2024 23:16:00 | WEST PENN POWER, PO BOX 3687, Akron, OH 44309-3687 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | Toyota Motor Credit Corporation |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | North Allegheny School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15187784 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15174392 | * | NORTH HILLS SD TAX, C/O MICHAEL WITHERAL, ESQ, JORDON TAX SERVICE, 102 RAHWAY ROAD, Pittsburgh, PA 15217 |
| 15194129 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15174385 | ##+ | EXPRESS SCRIPTS, PO BOX 747000, Cincinnati, OH 45274-7000 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Niekamp | on behalf of Creditor The Huntington National Bank cniekamp@bdblaw.com cjn@nwm-law.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 06, 2024 | Form ID: 309 | Total Noticed: 57 |

Denise Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor North Allegheny School District jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
    on behalf of Debtor CHRISTOPHER A. KIM Russ@BurdelskiLaw.com russ.burdelski@gmail.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Wade T. Doerr
    on behalf of Creditor The Huntington National Bank wdoerr@brouse.com

TOTAL: 11