**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| CHRISTOPHER A. KIM | Case No.:19-24642 CMB |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/30/2019 and confirmed on 03/25/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 200,638.15 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 200,638.15 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 11,434.00 | |
|    Trustee Fee | 9,673.41 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 21,107.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 41,828.16 | 0.00 | 41,828.16 |
|   Acct: 7375 | | | | |
| PNC BANK NA | 0.00 | 2,947.20 | 0.00 | 2,947.20 |
|   Acct: 2261 | | | | |
| PNC BANK NA | 17,326.91 | 6,477.77 | 0.00 | 6,477.77 |
|   Acct: 7375 | | | | |
| PNC BANK NA | 18,295.88 | 6,840.04 | 0.00 | 6,840.04 |
|   Acct: 2261 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 551.99 | 192.34 | 255.28 | 447.62 |
|   Acct: 0L38 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 180.36 | 180.36 | 640.26 | 820.62 |
|   Acct: C261 | | | | |
| WEST VIEW BOROUGH - R/E TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1212 | | | | |
| MCCANDLESS TWP SANITARY AUTHORIT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2204 | | | | |
| NORTH ALLEGHENY SD (MCCANDLESS) ( | 761.58 | 761.58 | 2,226.10 | 2,987.68 |
|   Acct: C261 | | | | |

| 19-24642 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| NORTH HILLS SD (WEST VIEW) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HUNTINGTON NATIONAL BANK** | 52,316.00 | 52,316.00 | 0.00 | 52,316.00 |
| Acct: 2192 | | | | |
| TOWNSHIP OF MCCANDLESS-R/E TX | 56.80 | 56.80 | 165.98 | 222.78 |
| Acct: C261 | | | | |
| NORTH ALLEGHENY SD (MCCANDLESS) ( | 220.14 | 220.14 | 0.00 | 220.14 |
| Acct: C261 | | | | |
| HUNTINGTON NATIONAL BANK** | 8,310.19 | 8,310.19 | 0.00 | 8,310.19 |
| Acct: 2192 | | | | |
| PA DEPARTMENT OF REVENUE* | 6,681.34 | 2,427.70 | 1,286.65 | 3,714.35 |
| Acct: 9273 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: C261 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 77.28 | 15.55 | 0.00 | 15.55 |
| Acct: 0L38 | | | | |
| TOWNSHIP OF MCCANDLESS-R/E TX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: C261 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 15,683.35 | 15,683.35 | 867.75 | 16,551.10 |
| Acct: 0233 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 31,955.23 | 28,290.79 | 4,691.68 | 32,982.47 |
| Acct: 4114 | | | | |
| | | | | 176,681.67 |
| **Priority** | | | | |
| RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTOPHER A. KIM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTOPHER A. KIM | 18.33 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF RUSSELL A BURDELSKI | 1,960.00 | 1,960.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX1/21 | | | | |
| RUSSELL A BURDELSKI ESQ* | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF RUSSELL A BURDELSKI | 2,774.00 | 2,774.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX4/20 | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,250.00 | 1,250.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX9/22 | | | | |
| LAW OFFICES OF RUSSELL A BURDELSKI | 2,450.00 | 2,450.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX2/23 | | | | |
| COURT OF COMMON PLEAS - ALLEGHEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7401 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 18.33 | 18.33 | 0.00 | 18.33 |
| Acct: XXXXXXXXXXXXXXXX4642 | | | | |
| | | | | 18.33 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 2,076.98 | 225.17 | 0.00 | 225.17 |
| Acct: 1009 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 6,293.32 | 682.26 | 0.00 | 682.26 |
| Acct: 1009 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 4,219.72 | 457.46 | 0.00 | 457.46 |
| Acct: 9992 | | | | |
| CENTERS FOR REHAB SERVICES | 360.00 | 39.03 | 0.00 | 39.03 |
| Acct: 9273 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 11,852.73 | 1,284.95 | 0.00 | 1,284.95 |
| Acct: 1626 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8662 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5814 | | | | |
| EXPRESS SCRIPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0922 | | | | |
| GENESIS MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0599 | | | | |
| MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEDCARE EQUIPMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0332 | | | | |
| PEDIATRIC ALLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8250 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5248 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0696 | | | | |
| ROI/RECEIVABLES OUTSOURCING INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8236 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 152.17 | 16.50 | 0.00 | 16.50 |
| Acct: 8060 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3108 | | | | |
| TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6659 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0153 | | | | |
| WEST PENN POWER* | 365.94 | 39.67 | 0.00 | 39.67 |
| Acct: 1724 | | | | |
| HUNTINGTON NATIONAL BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2192 | | | | |
| COMCAST | 311.11 | 33.73 | 0.00 | 33.73 |
| Acct: 7794 | | | | |
| UPMC PHYSICIAN SERVICES | 205.00 | 22.22 | 0.00 | 22.22 |
| Acct: 9273 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 274.44 | 29.75 | 0.00 | 29.75 |
| Acct: 2054 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8060 | | | | |
| WADE T DOERR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE HAVEN AT CRANBERRY WOODS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALLIE C KIM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BUCKINGHAM DOOLITTLE & BURROUGHS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-24642 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| TOWNSHIP OF MCCANDLESS-R/E TX | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 2,830.74 |
| **TOTAL PAID TO CREDITORS** | | | | | 179,530.74 |

TOTAL CLAIMED
PRIORITY            18.33
SECURED        152,417.05
UNSECURED       26.111.41

Date: 10/07/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com